# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Future Energy Holdings Corp., et al., | : | |
| Debtors. | : | |
| DAVID JOYNER, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 17-333-RGA |
| | : | Bankruptcy Case No. 14-10979 |
| FUTURE ENERGY HOLDINGS CORP., et al., | : | BAP No. 17-11 |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **10th** day of **April, 2017**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included reviewing the Order from the Bankruptcy Court denying appellant's request to intervene as a creditor/plaintiff, to determine the appropriateness of mediation in this matter.

WHEREAS, appellant's request to intervene was on behalf of himself, his deceased father, brother and mother. At the time of the filing of the appeal on March 29, 2017, based on his address, it appears that appellant is a resident of the Harris County Sheriff's Office jail in Houston, TX.

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Through this Recommendation, the parties are advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate